## Lancaster City Annexation Case.

Argued November 30, 1955. Before STEARNE, JONES, BELL, MUSMANNO and ARNOLD, JJ.

*William B. Arnold,* for appellant.

*John B. Rengier,* Assistant City Solicitor, with him *Bernard M. Zimmerman,* City Solicitor, *Louis S. May, W. G. Johnstone, Jr.* and *Brown & Zimmerman,* for appellees.

OPINION BY MR. JUSTICE ARNOLD, January 3, 1956:

These annexation proceedings have to do with the annexation of land, in which appellants claim that there was no physical contiguity of the annexed land at the time of enactment of the ordinance.

This appeal is dismissed on the authority of *Lancaster City Annexation Case (No. 4),* 374 Pa. 543, 98 A. 2d 33, in which the same question was decided adversely to the appellants.

The order of the court below is affirmed; costs to be paid by the appellant.